# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 694 MAL 2015

           Respondent    :

                            :    Petition for Allowance of Appeal from

                            :    the Order of the Superior Court

         v.                   :

                            :

RASHAN BOWMAN,           :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the consideration or decision of this matter.